BENJAMIN MOORE, PLAINTIFF-APPELLANT, v. ERNEST SCHULTZ, *ET ALS.*, DEFENDANTS-RESPONDENTS.

Argued April 27, 1953—Decided May 11, 1953.

*Mr. Michael A. Dwyer* argued the cause for the appellant (*Messrs. Doughty & Dwyer,* attorneys).

*Mr. Seymour A. Smith* argued the cause for the respondent (*Messrs. Hein & Smith,* attorneys; *Mr. Ira D. Dorian* on the brief).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Jayne in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*For reversal*—None.